Michael C. Ormsby
United States Attorney
Eastern District of Washington
Pamela J. Byerly
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
FAX: (509) 835-6397

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 13-CR-00080-LRS |
| Plaintiff, ) | |
| vs. ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| RAMIRO RODRIGUEZ-TORRES, ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order regarding: United States' Motion for Order of Dismissal Without Prejudice, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion for Order of Dismissal is GRANTED.

IT IS SO ORDERED this 5th day of September 2013.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

ORDER GRANTING UNITED STATES'
MOTION TO DISMISS WITHOUT PREJUDICE - 1
P30829pm.PBb.OrderDismiss.docx